**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTHONY GRIGOLI

     Plaintiff,

   v.                                                                          Case No.  8:14-CV-00844-SDM-EAJ

SCOTT COCHRANE, INC. and
SCOTT COCHRANE

     Defendants.

## NOTICE OF APPEARANCE

    **COMES NOW**, **TIMOTHY GOODWIN, ESQUIRE** on behalf of The Law Office of Robert Eckard & Associates, P.A. as Counsel for the Defendants, Scott Cochrane, Inc. and Scott Cochrane, and hereby enters this Notice of Appearance in the above-styled cause.

**[Certificate of Service on Following Page]**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 25, 2014 I electronically filed the foregoing with the Clerk of Court by using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized or do not receive electronically Notices of Electronic by U.S. Mail and Email at the addresses listed below**.**

**LAW OFFICE OF ROBERT D. ECKARD & ASSOCIATES, P.A.**

*s/ Timothy Goodwin*

**ROBERT D ECKARD, ESQUIRE**
**LEAD TRIAL COUNSEL**
**FBN: 0162655**
**JOELLE SCHULTZ, ESQUIRE**
**FBN: 0048204**
**VERONICA COULTER, ESQUIRE**
**FBN: 0077350**
**TIMOTHY GOODWIN, ESQUIRE**
**FBN: 0098971**
**3110 Alternate U.S. 19 North**
**Palm Harbor, FL 34683**
**(727) 772-1941 Telephone**
**(727) 771-7940 Facsimile**
**Robert@RobertEckardLaw.com**
**Joelle@RobertEckardLaw.com**
**Tim@RobertEckardLaw.com**

*Counsel for Defendants*

## SERVICE LIST

*Grigoli v. Cochrane, et al.*
Case Number: 8:14-CV-00844-SDM-EAJ
United States District Court, Middle District of Florida
Tampa Division

Todd Shulby, P.A.
2800 Weston Road, Suite 101
Weston, FL 33331
Phone: (954) 530-2236
Fax: (954) 530-6628
E-Mail: TShulby@shulbylaw.com

*Counsel for Plaintiff*